**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION**

**SHELTER INSURANCE COMPANY and
RICKIE & CHANDRA CHADWICK,**                     **PLAINTIFFS,**

**VS.**            **CIVIL ACTION NO. 2:03CV150-P-A**

**FORD MOTOR COMPANY,**            **DEFENDANT.**

## FINAL JUDGMENT

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Ford's Motion to Exclude the Testimony of Plaintiff's Expert Stephen Miller [75-1] is **GRANTED**;

(2) Ford's Motion for Summary Judgment [76-1] is **GRANTED**; therefore,

(3) All of the plaintiffs' claims are **DISMISSED WITH PREJUDICE**.

**SO ORDERED** this the 8th day of February, A.D., 2006.

                                            /s/ W. Allen Pepper, Jr.
                                            W. ALLEN PEPPER, JR.
                                            UNITED STATES DISTRICT JUDGE